OLIVER P. BOYER, RELATOR, *v.* WILLIAM D. MORGAN, AUDITOR OF STATE.

Where an appropriation is made for the purchase of furniture specifically described, and the agent of the State purchases other articles not within the description, the Auditor of State may refuse to draw on the State treasury for the amount, unless the articles not authorized to be purchased are stricken from the claim.

MOTION for a peremptory mandamus.

The legislature made an appropriation " for bedsteads, beds, bedding, chairs, tables, table ware, and kitchen utensils," for the new lunatic asylums.

The trustees of the two asylums purchased of the relator, under this appropriation and designation, the following described furniture :

| | |
|---|---|
| 2 Tete-a-tetes, carved, upholstered in brochatelle.................. | $146 87 |
| 2 French sofas, sweep-backed, upholstered with maroon plush, and carved........................ ...... .............. ........ | 162 58 |
| 12 Parlor chairs, French stitched, upholstered brochatelle, carved fronts and backs............................ ..................... | 158 44 |
| 8 Center tables, marble tops, rosewood, mahogany, and walnut.... | 251 25 |
| 1 Medallion carved table, legs and stretcher carved, rosewood..... | 125 11 |
| 4 Plush arm chairs, carved, upholstered in brochatelle, etc........ | 184 43 |
| | $1,028 68 |

The auditor of State refused to allow the bill, and this mandamus is prosecuted to compel him to draw on the above mentioned appropriation to pay the bill.

*P. P. Lowe*, for the relator.

The *Attorney General*, for the auditor.

J. R. SWAN, J.

Neither the auditor of State, nor this court, can interpose to prevent the trustees from selecting such furniture as the *taste* of

the auditor and the court might deem wholly inappropriate for a lunatic asylum. Its shape, color, and material, were left for the determination of the trustees. The price, too, was to be determined by the trustees, unless so grossly exorbitant as to amount to collusion and fraud.

But the sofas are not " bedsteads, beds, bedding, chairs, tables, table ware, or kitchen utensils." The appropriation did not cover sofas, and the auditor of State had a right to refuse to draw on the fund until they were stricken from the bill.

*Motion for peremptory mandamus overruled.*